# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Woodbridge Group of Companies, LLC<br>   Debtor | Bankruptcy Case No.: 17−12560−BLS<br><br>Bankruptcy Chapter:  11 |
| Michael Goldberg<br><br>   Plaintiff<br><br>   vs.<br><br>Cary Baskin; Mary Baskin<br><br>   Defendant(s) | Adv. Proc. No.: 19−50297−BLS |

### JUDGMENT BY DEFAULT

   On 7/28/21, default was entered against defendant(s) Cary Baskin and Mary Baskin. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

   Judgment is entered against defendant(s) Cary Baskin and Mary Baskin in the amount of $51,297.77 plus court filing costs in the amount of $350.00 .

Date: 4/1/21

_Una O'Boyle_

Una O'Boyle, Clerk of Court

(VAN−433b)